No. 385. CALIFORNIA *v.* TAYLOR ET AL. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit granted. The Solicitor General is invited to file a brief, as *amicus curiae.* THE CHIEF JUSTICE took no part in the consideration or decision of this application. *Edmund G. Brown,* Attorney General of California, *Herbert E. Wenig,* Assistant Attorney General, and *Edward M. White* for petitioner. *Burke Williamson* and *Jack A. Williamson* for Taylor et al., respondents.

No. 234, Misc. JACKSON *v.* TAYLOR, ACTING WARDEN. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit granted limited to the gross sentence question. *Albert A. Carretta* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Carl H. Imlay* for respondent.

No. 285, Misc. FOWLER *v.* WILKINSON, WARDEN. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit granted limited to the gross sentence question. *Leon S. Epstein* and *Carl A. Herbig* for petitioner. *Solicitor General Rankin* for respondent.

No. 86. MITCHELL, SECRETARY OF LABOR, *v.* BRANDTJEN & KLUGE, INC. C. A. 1st Cir. Certiorari denied. *Solicitor General Rankin, Simon E. Sobeloff,* then Solicitor General, *Stuart Rothman* and *Bessie Margolin* for petitioner. *Paul R. Frederick* for respondent.